LAW LIBRARY

NO. 28993

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

JEAN R. KIKUMOTO
CLERK, APPELLATE COURTS
STATE OF HAWAII

2010 MAY 24 AM 8:58

FILED

---

STATE OF HAWAI'I, Respondent/Plaintiff-Appellee

vs.

EARNEST LUTHER ROBERTS, also known as "er695,"
Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CR. NO. 07-1-1245)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, J., for the court[1])

Petitioner/Defendant-Appellant Earnest Luther Roberts'

application for writ of certiorari filed on April 14, 2010, is

hereby rejected.

DATED:   Honolulu, Hawai'i, May 24, 2010.

FOR THE COURT:

Associate Justice

Shawn A. Luiz,
on the application for
petitioner/defendant-
appellant.

---

[1] Considered by: Moon, C.J., Nakayama, Acoba, Duffy, and Recktenwald, JJ.